DANIEL J. BRODERICK, #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
KATHLEEN CHAPIN-ASHCRAFT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 6:11-mj-00159 MJS |
| Plaintiff, | WAIVER OF DEFENDANT'S PERSONAL PRESENCE AT PRETRIAL, NON-SUBSTANTIVE, AND/OR REVIEW PROCEEDINGS; ORDER THEREON |
| v. | |
| KATHLEEN CHAPIN-ASHCRAFT, | |
| Defendant. | Judge: Honorable Michael J. Seng |

Pursuant to F. R. Crim. P. 43(b)(2) and (3), Defendant, Kathleen Chapin-Ashcraft, having been advised of her right to be present at all stages of the proceedings, including but not limited to arraignment and/or initial appearance, plea, status conference, motions hearing, when the case is ordered set for trial, when a continuance is ordered, presentation of arguments on questions of law, to be confronted by and to cross-examine all witnesses, to present evidence in her own defense, and to litigate all issues by either jury or court trial, entry of plea, trial, and imposition of sentence, hereby waives her right to be personally present in open court upon the hearing of any non-substantive post-trial proceeding in this case, including any arraignment, status conference, review hearing, and/or when a continuance is ordered, and hereby requests that this Court proceed in her absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that her interests shall be represented at all times by the presence of her attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow her attorney-in-fact to represent her interests at

1  all times.  Defendant further agrees that notice to defendant's attorney that defendant's presence is required
2  will be deemed notice to the defendant of the requirement of her appearance at said time and place.
3      Defendant  makes this request because she has a family emergency and will not be available for
4  court on November 6, 2012, the date now set for arraignment on a violation of supervised release, and will
5  be unable to attend court a period of time subsequent to that date.  Travel to court would be a personal
6  hardship.  Defendant wishes to limit the number of personal court appearances and minimize the time and
7  expense of travel to court.  She further agrees to be present at any contested hearing or disposition hearing
8  in this matter.
9      This request is made pursuant to Fed.R.Crim.P. 43(b)(2) and (3).
10 DATED:  October __30__, 2012

11     /s/ Kathleen Chapin-Ashcraft
    Kathleen Chapin-Ashcraft
12 Defendant

13

14 DATED:  October __30__, 2012    /s/ Francine Zepeda
    FRANCINE ZEPEDA
15 Assistant Federal Defender
    Attorney for Defendant
16

17

18 **O R D E R**

19 GOOD CAUSE APPEARING**, IT IS HEREBY ORDERED** that Defendant's appearance may be
20 waived at any and all non-substantive proceedings until further order.

21

22

23

24

25 IT IS SO ORDERED.

26 Dated:   October 30, 2012    /s/ *Michael J. Seng*
    UNITED STATES MAGISTRATE JUDGE
27

28

Waiver of Personal Appearance    -2-