1   Susan St. Vincent
    Acting Legal Officer
2   Matthew McNease
    Acting Legal Officer
3   NATIONAL PARK SERVICE
    Law Enforcement Office
4   P.O. Box 517
    Yosemite, California 95389
5   Telephone: 209-372-0241

6

7                  IN THE UNITED STATES DISTRICT COURT FOR THE

8                       EASTERN DISTRICT OF CALIFORNIA

9   UNITED STATES OF AMERICA,      )     CASE: 6:11-mj-00159-MJS
                                    )
10            Plaintiff,            )
                                    )     STIPULATION TO VACATE
11       vs.                        )     CONTESTED HEARING DATE AND
                                    )     SET NEW DATE
    KATHLEEN M. CHAPIN-ASHCRAFT     )
12                                  )
              Defendant.            )     Court: U.S. Magistrate
13                                  )     Judge: Hon. Michael J. Seng
                                    )
14  _____)

15        IT IS HEREBY STIPULATED by and between Matthew McNease,

16  Acting Legal Officer for the Government, and Francine Zepeda,

17  legal representation for the Defendant, Kathleen Chapin-Ashcraft,

18  that the Contested Hearing currently set for January 9, 2013, in

19  the above-captioned matter be vacated, and a new Contested

20  Hearing date set on January 29, 2013, at 10:00 a.m.

21

22  Dated: November 13, 2012      By: /s/ Matthew McNease
                                        Matthew McNease
23                                      Legal Intern
                                        Yosemite National Park

24

25  Dated: November 13, 2012      By: /s/ Francine Zepeda
                                        Francine Zepeda
26                                      Attorney for Defendant
                                        Kathleen Chapin-Ashcraft

27

28

                                    1

* * * ORDER * * *

The Court, having reviewed the above request to vacate the Contested Hearing, now set for January 9, 2013, and set a Contested Hearing for January 29, 2013, at 10:00 a.m., HEREBY ORDERS AS FOLLOWS:

1.  The Contested Hearing set for January 9, 2013, is vacated.

2.  The above-captioned matter is now set for a Contested Hearing on January 29, 2013, at 10:00 a.m.

IT IS SO ORDERED.

Dated: ___November 20, 2012___    /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE