JOSEPH SCHLESINGER, CA Ba#87692
Acting Federal Defender FRANCINE ZEPEDA, Bar #091175 Assistant Federal Defender Designated Counsel for Service
2300 Tulare Street, Suite 330 Fresno, California  93721-2226 Telephone: (559) 487-5561

Attorney for Defendant KATHLEEN CHAPIN-ASHCRAFT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 6:11-mj-00159 MJS |
|---|---|
| Plaintiff, v. | ) |
|  | ) STIPULATION TO CONTINUE SENTENCING HEARING;  ORDER |
| KATHLEEN CHAPIN-ASHCRAFT, Defendant. |  |
|  | Date: April 16, 2013 ) Time: 10:00 A.M. |
|  | ) Judge: Honorable Michael J. Seng ) |
|  | ) |

**IT IS HEREBY STIPULATED** by and between the parties hereto and through their respective attorneys, that the sentencing hearing in the above-referenced matter which is now set for March 6, 2013, **may be continued to April 16, 2013, at 10:00 A.M.**

This continuance is requested by counsel for the defendant.  Counsel for Chapin Ashcraft just received a list of medications requested by the Court.  Counsel needs time to review the list and provide it to the government prior to the sentencing.  Additionally, counsel needs more time to prepare the sentencing memorandum in this matter as the recommended penalty is substantial.  The reason for the length of the continuance is that counsel commences a trial on March 19, 2013, which is expected to last until April 10, 2013.   /// ///

The requested continuance will conserve time and resources for both counsel and the court.  The government does not object to this request. Because this is a sentencing hearing, no exclusion of time waiver is needed for the period of time set forth herein.

|   |   |
|---|---|
| DATED: February 28, 2013 | BENJAMIN B. WAGNER United States Attorney<br>/s/ Susan St. Vincent<br>SUSAN ST. VINCENT Acting Legal Officer National Park Service |
| DATED: February 28, 2013 | JOSEPH SCHLESINGER Acting Federal Defender<br>/s/ Francine Zepeda<br>FRANCINE ZEPEDA Assistant Federal Defender Attorney for Defendant KATHLEEN CHAPIN-ASHCRAFT |

## ORDER

The Court, having reviewed the above request for a continuance of the March 6, 2013 sentencing hearing until April 16, 2013, AND GOOD CAUSE APPEARING, HEREBY ORDERS AS FOLLOWS:

1) The sentencing hearing in the above entitled matter shall be continued to April 16, 2013 at 10:00 a.m., at the Yosemite Court **UNLESS Counsel's trial in the other case referred to above does not commence as scheduled on or about March 19, in which event said Counsel shall so notify this Court and opposing Counsel and the sentencing hearing herein shall be held at 10:00 a.m. on April 2, 2013 in the Yosemite Court.**

IT IS SO ORDERED.

Dated: March 1, 2013                    /s/ *Michael J. Seng*
                                          UNITED STATES MAGISTRATE JUDGE